# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:21-MJ-00023 |
| | : | |
| v. | : | |
| | : | |
| JOSEPH W. FISCHER, | : | |
| | : | |
| Defendant | : | |

## ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant in all Middle District of Pennsylvania Rule 5 proceedings.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge

Dated: February 19, 2021